## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRET BODIN, DARIAN MORGAN,** | * | |
| **BRAD NEWELL, MICHAEL ROSAS,** | * | |
| **MID-CITY MIKE RENTALS, LLC,** | * | |
| **and AIRBNB, INC.** | * | **NO. 25-00329** |
| | * | |
| **VERSUS** | * | **SECTION A** |
| | * | **JUDGE JAY C. ZAINEY** |
| **THE CITY OF NEW ORLEANS** | * | **DIVISION 5** |
| | * | **MAGISTRATE JUDGE** |
| | | **MICHAEL B. NORTH** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF RELATED CASE

Pursuant to Local Rule 3.1 and 3.1.1, Defendant City of New Orleans (the "City"), hereby notices this Honorable Court of a related case pending in Section B.

*Hignell-Stark, et al. v. the City of New Orleans*, No. 19-cv-13773 c/w No. 22-cv-2991, is a protracted matter, which was initially filed in November 2019 and is still currently on appeal in the United States Fifth Circuit. *Hignell-Stark* involves several constitutional challenges to the City's Short-Term Rental ("STR") Ordinances, No. 29831 M.C.S. and No. 29382 M.C.S. Plaintiffs in *Hignell-Stark* are owners of residential properties in New Orleans that seek to rent these properties short-term through online platforms such as Airbnb.com. They have alleged that these ordinances violate Substantive and Procedural Due Process, Equal Protection, the Takings Clause of the Fifth Amendment, as well as the First and Fourth Amendments of the United States Constitution.

Plaintiffs in the instant case, Bret Bodin, Darian Morgan, Brad Newell, Michael Rosas, and Mid-City Mike Rentals, LLC ("Host Plaintiffs") are also owners of residential properties in New Orleans that seek to rent these properties short-term through online platforms such as Airbnb.com.

They have raised the same constitutional challenges to the same ordinances as raised in *Hignell-Stark*. Section B of this Honorable Court has been briefed extensively on these issues over the last five years and has reviewed the City's STR Ordinances as they have evolved and been revised during this period.

The Host Plaintiffs and Airbnb, Inc raise additional claims related to Ord. No. 29831 M.C.S. and Ord. No. 29382 M.C.S. as well as Ord. No. 30074 M.C.S., which is the City's most recent STR regulation. Judicial review of these claims will be informed by Section B's adjudication of the *Hignell-Stark* matter.

Respectfully submitted,

/s/ *Sean M. Markey*
**SEAN M. MARKEY, LSB #41467**
ASSISTANT CITY ATTORNEY
**SHERRI L. HUTTON, LSB #28369**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:   (504) 658-9868
E-MAIL:         sean.markey@nola.gov
*Counsel for Defendant, City of New Orleans*