UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRET BODIN, ET AL.                                CIVIL ACTION

VERSUS                                            NO: 25-329

THE CITY OF NEW ORLEANS                           SECTION: "A" (5)

### ORDER & REASONS

Before the Court is a **Motion to Dismiss (Rec. Doc. 20)**, filed by Defendant, the City of New Orleans ("the City"). This matter broadly concerns legal challenges to certain city ordinances governing short-term housing rentals and short-term rental platforms.

On February 14, 2025, Bret Bodin, Darian Morgan, Brad Newell, Michael Rosas, Mid-City Mike Rentals, LLC, and Airbnb, Inc. (collectively, "Plaintiffs") sued the City, claiming that its ordinances violate the state and federal constitutions as well as various federal statutes.[1] The City subsequently filed the instant motion to dismiss on April 2, 2025.[2] In response to the City's motion—and to a recently amended city ordinance—Plaintiffs amended their complaint.[3]

The amended complaint expressly notes that it "updates and expands on the factual background provided in the original Complaint . . . ."[4] "[W]hen an amended complaint alleges more specific facts, the motion to dismiss an earlier version of the complaint may be denied as moot."[5]

---

[1] *See generally* Rec. Doc. 1.

[2] Rec. Doc. 20.

[3] Rec. Doc. 21.

[4] *Id.* ¶ 2 ("Yesterday, April 21, 2025—two-and-a-half months after Plaintiffs filed suit and one day before Plaintiffs' due date for opposing the City's motion to dismiss the suit—the city amended the 2024 Ordinance."), ¶ 3.

[5] *Primus v. Paretti*, No. 24-165, 2024 WL 5096502, at *2 (E.D. La. Nov. 26, 2024), *report and recommendation adopted*, 2024 WL 5089651 (E.D. La. Dec. 12, 2024) (Barbier, J.); *see also Jefferson Cmty. Health Care Ctrs., Inc. v. Jefferson Par. Gov't*, No. 16-12910, 2016 WL 4429953, at *2 (E.D. La. Aug. 22, 2016) (noting it would be more

Accordingly;

**IT IS ORDERED** that the **Motion to Dismiss (Rec. Doc. 20)**, filed by the City of New Orleans, is **DENIED as moot.**

**IT IS FURTHER ORDERED** that Defendant is permitted to refile its motion in a timely manner making any changes as necessary to address the amended complaint.

April 23, 2025

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

efficient to deny pending motions to dismiss as moot and allow defendants to file renewed motions addressing the amended complaint).